**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**MAMADOU NDIAYE,**

Petitioner,

v.

**WARDEN DENNIS SULLIVAN, et al,**

Respondents.

CASE NO. 3:26 CV 1938

JUDGE JAMES R. KNEPP II

**ORDER**

This matter is before the Court on Magistrate Judge Darrell A. Clay's Report and Recommendation ("R&R") to dismiss without prejudice Petitioner Mamadou Ndiaye's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 8).

Under the relevant statute:

> Within fourteen days of being served with a copy [of a Magistrate Judge's R&R], any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(2). The failure to file timely written objections to a Magistrate Judge's R&R constitutes a waiver of *de novo* review by the district court of any issues covered in the R&R. *Thomas v. Arn*, 728 F.2d 813, 814-15 (6th Cir. 1984); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

In this case, the R&R was issued on September 16, 2026, and it is now October 14, 2026. Petitioner has neither filed objections nor requested an extension of time to file them. Therefore, the Court ADOPTS Judge Clay's R&R (Doc. 8) as the Order of this Court, DISMISSES

WITHOUT PREJUDICE Petitioner's Petition (Doc. 1) as set forth therein. The Court further finds an appeal from this decision could not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: October 15, 2026